1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  KATE L. MORRIS (Bar No. 332159)
   (E-Mail: Kate_Morris@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   PHILIP ALAN DRECHSLER

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA, | Case No. 23-CR-00216-RGK
13 |         Plaintiff,         |
   |                            | **STIPULATION TO CONTINUE
14 |         v.                 | SENTENCING HEARING**
15 | PHILIP ALAN DRECHSLER,     | Sentencing Date: October 7, 2024
16 |         Defendant.         | Proposed Date: December 2, 2024

17

18       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United
19 States of America, by and through Assistant United States Attorney Bruce K. Riordan;
20 and defendant Philip Alan Drechsler, by and through his attorney of record, Deputy
21 Federal Public Defender Kate L. Morris, that:

22       1.    On May 30, 2024, Mr. Drechsler entered a guilty plea, pursuant to a
23 written plea agreement, to count one of the indictment filed in this matter, which
24 charges distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A),
25 (b)(1). The Court set Mr. Drechsler's sentencing for October 7, 2024 and ordered the
26 preparation of a Presentence Report ("PSR"). The PSR was disclosed on August 30,
27 2024.

28       2.    Mr. Drechsler is in custody and faces a five-year mandatory minimum

1  sentence. He has currently served approximately 17 months in detention.

2      3.    Defense counsel requires additional time to prepare a mitigation package, which includes gathering and reviewing numerous records and character letters. In particular, defense counsel has submitted various records requests and is still awaiting receipt of some of those records. Consequently, the parties agree that additional time is appropriate to prepare for sentencing.

    4.    This is the first request for a continuance of sentencing.

    5.    The parties are both available on Monday, December 2, 2024.

    6.    Accordingly, the parties respectfully request that the Court continue the sentencing hearing in this matter from October 7, 2024 to December 2, 2024.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 17, 2024     By  /s/ Kate L. Morris
                                          Kate L. Morris
                                          Deputy Federal Public Defender
                                          Attorney for Philip Alan Drechsler

E. MARTIN ESTRADA
United States Attorney

DATED: September 17, 2024     By  /s/ Bruce K. Riordan (by email authorization)
                                          BRUCE K. RIORDAN
                                          Assistant United States Attorney